Opinion by Mr. JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago (Richard A. Kavitt, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL GUYON, Defendant-Appellant.

(No. 59236;

First District (4th Division)—January 23, 1974.

Opinion by Mr. JUSTICE BURMAN.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND BEAN, Defendant-Appellant.

(No. 57190;

First District (3rd Division)—January 24, 1974.